**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**,

v.

**ISANDER YADIEL SULLIVAN HERNÁNDEZ**

Defendant.

CRIM. NO. 25-432 (CVR)

## ORDER OF DETENTION

Defendant was granted conditions of release pending trial. See Docket Nos. 20, 22. On November 26, 2025, the United States Probation Office (USPO) filed a motion informing of Defendant's violations of his conditions of bail. Docket No. 57. An arrest warrant was issued, and Defendant was brought before the Court for an initial appearance. Docket Nos. 70-71.

Today, the case was called for a bail revocation hearing, but Defendant informed that he would not be contesting revocation. Pursuant to the Bail Reform Act, the Court "shall enter an order of revocation and detention if, after a hearing," the Court finds (1) probable cause to believe that the defendant committed a crime while on release, or clear and convincing evidence that the defendant violated any other condition of release, and that (2) no conditions will reasonably assure that the defendant will not flee or pose a danger or the person is unlikely to abide by conditions of release. 18 U.S.C. § 3148(b). Pursuant to the motion filed by the

USPO, Defendant violated his conditions of bail by refusing to participate in in-patient treatment. Because Defendant did not contest the alleged violations of bail, I find clear and convincing evidence that Defendant violated the conditions of bail and that he is not likely to abide by conditions of release. Defendant's bail is revoked and he is ordered detained pending trial.

IT IS SO ORDERED.
In San Juan, Puerto Rico, this 20th day of August, 2026.

s/ Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge